(Rev. 4/30/2014 Search Warrant)

# United States District Court

Northern District of Georgia

In the Matter of the Search of:

Information associated with the email address
ntyce247@yahoo.com that is stored at premises owned,
maintained, controlled, or operated by Oath Holdings, Inc.
(Yahoo), an email provider headquartered at 701 First Ave.
Sunnyvale, California 94089

**APPLICATION & AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER: 4:20-MC-3

*FILED IN CHAMBERS
U.S.D.C. – Rome*

*JAN -8 2020*

*JAMES N. HATTEN, Clerk*
*By:* _____

I, Tim Coakley, being duly sworn, depose and says:

I am a(n)  Special Agent of the FBI, and have reason to believe that, on the property or premises known as

### See Attachment A, Section I

There is now concealed certain property, certain data, and certain information, namely,

### See Attachment A, Section II

which constitutes evidence of the commission of a criminal offense and property, which has been used as the means of committing a criminal offense, concerning violations of Title 18, United States Code, Section 1341 and Title 18, United States Code, Sections 922(g) and 2, over which the United States District Court for the Northern District of Georgia has jurisdiction. The facts to support a finding of Probable Cause are as follows:

### <u>SEE ATTACHED AFFIDAVIT</u>

Continued on the attached sheet and made a part hereof.          ☒Yes ☐No

Signature of Affiant
Tim Coakley

Sworn to before me, and subscribed in my presence

January 8, 2020                                   at    Rome, Georgia
Date                                                       City and State

WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                 Signature of Judicial Officer

AUSA Noah R. Schechtman /404-581- 6012

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Timothy P. Coakley, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed since May 1997.  I am assigned to the Atlanta Division, Dalton Resident Agency, located in Dalton, Georgia.  As a federal agent, I am authorized to investigate criminal and civil violations of the laws of the United States and to execute search warrants issued under the authority of the United States.  While employed by the FBI, I have been the case agent and/or participated in investigations involving violations of federal law in the areas  drug trafficking, firearms violations, kidnapping, crimes against children, public corruption and complex fraud investigations .  I have gained experience through training opportunities and the everyday work that is involved in conducting these types of investigations.  I have also participated in numerous search warrants related to these investigations.

2.      I make this affidavit in support of an application for a search warrant for information associated with email account **ntyce247@yahoo.com** that is stored at premises controlled by Oath Holdings, Inc. (Yahoo) an email provider headquartered at 701 First Ave. in Sunnyvale, California. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Oath Holdings, Inc. (Yahoo) to disclose to the government copies of the information (including the content of communications) further described in Section I of Attachment A.  Upon receipt of the information described in Section I of Attachment A, government-authorized persons will review that information to locate the items described in Section II of Attachment A.

3.      This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4.      Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that NADYA IVETTE

2

DIAZ made false representations to Peter Siakotos to facilitate a fraud against him, in violation of 18 U.S.C. § 1341 (mail fraud). There is also probable cause to believe that NADYA IVETTE DIAZ aided and abetted the possession of firearms by MICHAEL ANTHONY BARR, a previously convicted felon, in violation of 18 U.S.C. §§ 922(g) and 2. Further, there exists probable cause to search the information associated with **ntyce247@yahoo.com** for fruits, evidence, and instrumentalities of these crimes as described in Attachment A.

## JURISDICTION

5.     This Court has jurisdiction to issue the warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court is a court "that – has jurisdiction over the offense being investigated." 18 U.S.C. § 1341.

## Probable Cause Basis

6.     In August of 2017, the Whitfield County Sheriff's Office (WCSO) developed information that MICHAEL ANTHONY BARR was living at 4979 Mitchell Bridge Road, Dalton, Georgia under the assumed identity of CARLOS FONSECA. MICHAEL ANTHONY BARR has

3

numerous felony convictions.  MICHAEL ANTHONY BARR was wanted

for an outstanding arrest warrant from the Sandy Springs Police

Department in Sandy Springs, Georgia.  MICHAEL ANTHONY BARR was

living on a 30 acre property with a residence, barn, arena and numerous

exotic animals. The WCSO also determined that MICHAEL ANTHONY

BARR was regularly observed by employees at the property carrying a

9mm firearm on his side in a holster.   MICHAEL ANTHONY BARR was

living with girlfriend NADYA IVETTE DIAZ.

      7.     On August 31, 2017, the WCSO located MICHAEL ANTHONY

BARR outside of his residence tending to one of his horses.  Detectives

from the WCSO and the Murray County Sheriff's Office approached

MICHAEL ANTHONY BARR and placed him under arrest for the

outstanding arrest warrants from Sandy Springs Police.  Following the

arrest of MICHAEL ANTHONY BARR a Superior Court Search Warrant

was obtained for the property located at 4979 Mitchell Bridge Road in

Dalton, Georgia.  The search produced over 18,000 rounds of ammunition

and nine firearms to include a short-barrel shotgun.   Additional items

seized included silencers, tactical vests, black police and SWAT T-shirts,

marijuana, cocaine, a Puerto Rico Birth Certificate and a Social Security Card (XXX-XX-0410) in the name of Carlos Fonseca. Also discovered at the property were a high end Mercedes Benz automobile, a BMW convertible and a dual wheeled Dodge pick-up truck.

8.      Bureau of Alcohol, Tobacco and Firearms (ATF) trace reports identify NADYA IVETTE DIAZ as the purchaser of four of the firearms found in the search of 4979 Mitchell Bridge Road and in the possession of MICHAEL ANTHONY BARR.   The purchases range in dates from January 4, 2016 to May 05, 2017.   Records seized during the search of the 4979 Mitchell Bridge Road property include three U.S. Postal Service Express Mail receipts from NADYA IVETTE DIAZ to MICHAEL ANTHONY BARR at the Georgia Diagnostic and Classification Prison in Jackson, Georgia in June of 2013.   These receipts would suggest that DIAZ was aware that BARR was a convicted felon prior to BARR's possession of the firearms seized form the Mitchell Bridge Road property.

9.      Investigation has determined that MICHAEL ANTHONY BARR and NADYA IVETTE DIAZ have not had any reportable income since at least 2012.  Investigation also determined that BARR and DIAZ

5

were paying $2,500.00 per month in rent and had paid $100,000.00 in cash

as a payment toward the lease to purchase agreement for the 4979 Mitchell

Bridge Road property.  BARR and DIAZ were spending over $5,000.00 per

month for their property to include the care for the numerous exotic

animals and horses.

10.    An examination of three SunTrust bank accounts in the name of

NADYA IVETTE DIAZ identify several large cash deposits in 2016 and

2017.  On December 9, 2016, a $171,112.00 deposit was made into the

SunTrust bank account of NADYA IVETTE DIAZ.  On May 11, 2017, a

$200,000.00 deposit was made into the same SunTrust bank account in the

name of NADYA IVETTE DIAZ.  A further review of these bank records

identified the December 9, 2016 deposit and the May 11, 2017 deposit as

personal checks from Peter Siakotos to NADYA IVETTE DIAZ.  The

activity in the SunTrust bank account reveals numerous large cash

withdrawals after these two large check deposits from Peter Siakotos.

11.    Peter Siakotos, who resides in Orland Park, Illinois stated that

NADYA IVETTE DIAZ was his girlfriend and that they met approximately

five years ago in Florida.  Peter Siakotos admitted to providing at least

$700,000.00 to NADYA DIAZ over the course of their relationship. Peter Siakotos stated that the $171,112.00 check and the $200,000.00 check were funds provided to NADYA IVETTE DIAZ to pay off a judgement against him for a commercial property he agreed to lease for NADYA IVETTE DIAZ in her attempts to open a "spa." Peter Siakotos described the property as a storefront in a shopping center in Johns Creek, Georgia. Peter Siakotos said that he had been to the property on several occasions but that he never saw any progress with the construction of the spa.

12.    I determined that Peter Siakotos and Amate Healing Spa entered into a lease agreement on March 3, 2014 with Medlock Shopping Center in Johns Creek, Georgia. NADYA IVETTE DIAZ is listed on the lease agreement as the registered agent for Amate Healing Spa, and Peter Siakotos is listed as guarantor. The lease was for a term of five years and four months. Peter Siakotos paid $42,000.00 as an "advance rent" to Medlock Shopping Center. Medlock Shopping Center is owned by G.H. Anderson and Company in Atlanta, Georgia.

13.    Peter Siakotos said that he was served with a judgement by a Cook County, Illinois deputy on September 6, 2016. The judgement was

7

for the broken lease agreement between Peter Siakotos and Amate Healing Spa and the Medlock Shopping Center. Following that service he contacted NADYA IVETTE DIAZ regarding the judgement. Peter Siakotos stated that DIAZ told him that she would contact an attorney and address the judgement. Subsequent to that conversation with DIAZ, Peter Siakotos sent the first $171,112.00 check, via U.S. mail, to DIAZ. Peter Siakotos said that the second $200,000.00 check was also sent, via U.S. Mail, as final payment to address the broken lease. Peter Siakotos indicated that he thought that the lease agreement and judgement had been resolved based upon him not receiving any additional legal correspondence.

14. I located a U.S. Mail Priority Express mailing from Oak Lawn, Illinois to a post office facility in Ellijay, Georgia addressed to N. Diaz on December 8, 2016. The signature on the delivery resembles the signature of NADYA IVETTE DIAZ identified on other documents seized in this investigation. Peter Siakotos' former business was located in Oak Lawn, Illinois.

15. I also located a second U.S. Mail Priority Express mailing from Chicago Ridge, Illinois to the same post office facility in Ellijay, Georgia

addressed to W. Diaz. The signature on the delivery resembles the signature of NADYA IVETTE DIAZ identified on other documents seized in this investigation. Chicago Ridge, Illinois is located between Peter Siakotos business in Oak lawn, Illinois and his home residence in Orland Park, Illinois.

16.    Peter Siakotos confirmed that he sent the $171,112.00 and $200,000.00 checks to an address in Ellijay, Georgia.

17.    On January 12, 2018, I interviewed several employees at G.H. Anderson and Company to include G.H. Anderson. I learned that on January 11, 2017, Medlock Shopping Center received an Order and Judgement in Hall County, Georgia State Court against Peter Siakotos in the amount of $563,627.82 for the unpaid lease payments. Medlock shopping center was never paid any additional rent following the initial $42,000.00 advance rent payment. The Order and Judgment was placed against Peter Siakotos only, and not NADYA IVETTE DIAZ, as he was the guarantor on the lease agreement. According to the Hall County docket, the Judgment against Peter Siakotos was satisfied on August 7, 2018.

18.     I have determined that the $171,112.00 check and the $200,000.00 check sent by Peter Siakotos to NADYA IVETTE DIAZ, to satisfy the judgement and lease agreement for the Medlock Shopping Center property were diverted by DIAZ.   Along with MICHAEL ANTHONY BARR, DIAZ utilized those funds for their own personal gain to include placing a $100,000.00 cash payment to the owner of the 4979 Mitchell Bridge Road property in Dalton, Georgia.  Peter Siakotos never authorized NADYA IVETTE DIAZ or MICHAEL ANTHONY BARR to use any of those funds for the 4979 Mitchell Bridge Road property.   Peter Siakotos was also unaware of any liens or judgments against him or his property until he was notified by your affiant.

19.     This Court authorized a federal search warrant of several electronic devices seized by the WCSO from the 4979 Mitchell Bridge Road. Forensic examination of a Galaxy Note Edge cellular phone pursuant to the warrant revealed that on January 27, 2016, BARR engaged in a text message conversation with his son, Anthony.  Anthony asked BARR to tell him the name of the website BARR used to buy ammunition.  BARR responded "sgammo.com or Bulkammo.com."

20.     The cell phone extraction reflected an account on www.bulkammo.com with the user name Ntyce247@yahoo.com.

21.     The extraction also revealed email communications by NADYA IVETTE DIAZ using Google email account majestyrayne247@gmail.com.

22.     Beginning on approximately August 16, 2016, majestyrayne247@gmail.com exchanged several emails with an individual selling a horse in central New York.  After committing to purchase the horse, DIAZ sent the following email to Peter Siakotos (Pete@freshline-foods.com), asking him that he send a payment to the sellers:

> Phone was acting up think I got it a bit wet when cleaning it off. Its charging and seems to be ok. Here are the details; make check out to :
>
> Jess Rieks.
> 2224 Oak Hill Rd., Moravia, NY 13118
> $3600
> Have already booked shipper and she should be here by next Thursday. :)
>
> video of her getting vet checked.

23.     On February 14, 2018, this Court authorized a federal search warrant for certain evidence contained within the email account majestyrayne247@gmail.com.

11

24.     A review of the information provided by Google revealed that between April 5, 2016 and May 12, 2016, majestyrayne247@gmail.com corresponded with dspeath@gunslingercustomerfirearms.com, an email account belonging Daryl Spaeth, the owner of Gunslinger Custom Firearms.  The correspondence concerned repairs and custom work that Spaeth would perform on two firearms, a Glock 23 and a Smith & Wesson 1911, as well as two bills from Gunslinger Custom Firearms addressed to "Mike Diaz" and the email account majestyrayne247@gmail.com.  During a subsequent interview with law enforcement, Spaeth identified BARR and DIAZ as the two individuals that brought the Glock 23 and Smith & Wesson 911 to his store.

25.     The information provided by Google also contained an August 26, 2016 email that DIAZ received from the Georgia Secretary of State Corporations Division. The email confirmed that the 2016 Annual Registration for Majesty Management Inc. was processed successfully.  The email was addressed to "Nadya Diaz" and sent to the following email addresses:  EFILE1234@INCFILE.COM, NTYCE247@YAHOO.COM and Majestyrayne247@gmail.com.

12

| From: | eCorp:noreply@sos.ga.gov |
|---|---|
| To: | EFILE1234@INCFILE.COM, NTYCE247@YAHOO.COM, Majestyrayne247@gmail.com |
| Cc: | |
| Date: | Fri, 26 Aug 2016 11:20:38 -0400 |
| Subject: | Annual Registration |

Dear Nadya Diaz ,

This is a confirmation that the 2016 Annual Registration for MAJESTY MANAGEMENT INC. has been successfully processed by the Georgia Secretary of State 's office on 08/26/2016 11:20 AM. A digital confirmation and receipt has also been sent to the filer 's inbox.

Thank you.

Sincerely,

Georgia Secretary of State - Corporations Division
2 Martin Luther King Jr. Dr.
313 West Tower
Atlanta, Georgia 30334-1530
Phone: (404) 656-2817
Website: http://sos.ga.gov/
(Note: This email has been sent by an automated process. Please do not reply to it.)

26.     According to the Secretary of State website, Majesty

Management Inc. was a domestic profit corporation registered with the

Georgia Secretary of State on December 22, 2015.  DIAZ was the registered

agent and CFO and BARR was the CEO.

27.     A copy of the 2016 Annual Registration reveals that DIAZ

provided an address of 6950 Oak Brook Way Cumming, GA 30040.  This

address corresponds to a property owned by both SIAKOTOS and DIAZ.

28.     On November 28, 2016, Lewis S. Straughn, a financial services representative, sent an email to majestyrayne247@gmail.com.  The email concerned Majesty Management Business Automobile Insurance.  The majesstrayne247@gmail.com account also contained premium and policy information from Progressive Commercial Insurance in the name of Majesty Management Inc.

29.     A certificate of administrative dissolution/revocation was issued to Majesty Management Inc. by the Secretary of State of Georgia on August 24, 2017.

30.     During a search of the Mitchell Bridge Property on August 31, 2017, officers located a black Dodge Ram which BARR and DIAZ subleased from the owner in the name of Majesty Management.  Firearms purchased by DIAZ were located in the vehicle.

31.     During my career as a Special Agent, I have applied for and reviewed the results of numerous search warrants associated with email accounts used by individuals participating in illegal activities.   I have also reviewed cellular phone extractions containing multiple email accounts associated with a single user.  Based on my experience, individuals

14

engaged illegal activities often employ a communications technique called compartmentalization.  Compartmentalization, in the email context, occurs when an individual uses multiple email accounts to discuss specific information with certain persons.  Compartmentalization reduces an individual's exposure, masks their identity, and conceals their participation in criminal activities.

32.     Based on the above, I believe there is probable cause to believe that email content, IP logs, and other data associated with **ntyce247@yahoo.com** from March 1, 2014 (the month in which the commercial lease was signed for Amate Healing Spa) until August 31, 2018 (the month the judgement was entered against Siakotos in Hall County) contains evidence of the fraudulent scheme perpetrated by NADYA IVETTE DIAZ against Peter Siakotos, including evidence of her diversion of the funds that were intended to satisfy the lease obligation.   There is also probable cause that email content associated with **ntyce247@yahoo.com** during this time frame will contain evidence of DIAZ's knowledge of BARR's status as a previously convicted felon, as relevant to her illicitly aiding and abetting his possession of firearms.

## BACKGROUND CONCERNING E-MAIL

33.     In my training and experience, I have learned that Yahoo

provides a variety of online services to the public, including electronic mail

("email") access. Yahoo allows subscribers to obtain email accounts at the

domain name yahoo.com, like the email account listed in Attachment A.

and other domains. In addition to email, Yahoo also provides a variety of

online services that are available to the public. These services allow

Yahoo's account users to store content online so it can be remotely accessed

from anywhere. These services include features such as contact lists,

calendar data, storage of browsing history, and storage of search history.

34.     Subscribers obtain accounts by registering with Yahoo. During

the registration process, Yahoo asks subscribers to provide basic personal

information. Therefore, the computers of Yahoo are likely to contain stored

electronic communications (including retrieved and un-retrieved email for

Yahoo subscribers) and information concerning subscribers and their use of

Yahoo services, such as account access information, email transaction

information, and account application information. In my training and

experience, such information may constitute evidence of the crimes under

16

investigation because the information can be used to identify the account's user or users.In my training and experience, e-mail providers typically retain certain transactional information about the creation and use of each account on their systems.  This information can include the date on which the account was created, the length of service, records of log-in (i.e., session) times and durations, the types of service utilized, the status of the account (including whether the account is inactive or closed), the methods used to connect to the account (such as logging into the account via the provider's website), and other log files that reflect usage of the account.  In addition, e-mail providers often have records of the Internet Protocol address ("IP address") used to register the account and the IP addresses associated with particular logins to the account.  Because every device that connects to the Internet must use an IP address, IP address information can help to identify which computers or other devices were used to access the e-mail account.

35.    In my training and experience, in some cases, e-mail account users will communicate directly with an e-mail service provider about issues relating to the account, such as technical problems, billing inquiries,

17

or complaints from other users.  E-mail providers typically retain records about such communications, including records of contacts between the user and the provider's support services, as well records of any actions taken by the provider or user as a result of the communications.  In my training and experience, such information may constitute evidence, instrumentalities, or fruits of the crimes under investigation because the information can be used to identify the account's user or users.

## CONCLUSION

36.     Based on the forgoing, I request that the Court issue the proposed search warrant.  Because the warrant will be served on Google Inc. who will then compile the requested records at a time convenient to it, there exists reasonable cause to permit the execution of the requested warrant at any time in the day or night.

## ATTACHMENT A

### Particular Things to be Seized

**I.     Information to be disclosed by Oath Holdings, Inc. (Yahoo), (the "Provider")**

To the extent that the information associated with email address **ntyce247@yahoo.com** is within the possession, custody, or control of the Provider, including any emails, records, files, logs, or information that has been deleted but is still available to the Provider, the Provider is required to disclose the following information:

a.     The contents of all e-mails associated with the account, including stored or preserved copies of e-mails sent to and from the account, draft e-mails, the source and destination addresses associated with each e-mail, the date and time at which each e-mail was sent, and the size and length of each e-mail;

b.     All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to

register the account, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

      c.      The types of service utilized;

      d.      All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files;

      e.      All records pertaining to communications between the Provider and any person regarding the account, including contacts with support services and records of actions taken.

## II.     Information to be seized by the government

All information described above in Section I that was created

between **March 1, 2014 and August 31, 2018** that constitutes fruits,

evidence, or instrumentalities of violations of 18 U.S.C. § 1341 and 18

U.S.C. §§ 922(g) and 2, involving **ntyce247@yahoo.com** including

information pertaining to the following matters:

(a) Any and all communications or information relating to

NADYA IVETTE DIAZ's representations to Peter Siakotos or

other individuals regarding Amata Healing Spa, LLC;

(b) Any and all communications or information related to

payments made to NADYA IVETTE DIAZ by or on behalf of

Pete Siakotos;

(c) Any and all communications or information relating to the

lease at Medlock Shopping Center in Johns Creek, Georgia of

which Peter Siakotos was a guarantor, including

communications regarding legal action by the lessor or a

judgment against Peter Siakotos;

3

(d) Any all communications or information relating to expenditures by NADYA IVETTE DIAZ or MICHAEL ANTHONY BARR of funds provided by Peter Siakotos;

(e) Any and all communications or information indicating that NADYA IVETTE DIAZ knew that MICHAEL ANTHONY BARR had been previously convicted of a felony;

(f) Any and all communications or information related to the purchase, disposition or transfer of a firearm to MICHAEL ANTHONY BARR; and

(g) Any and all data tending to identity the actual user of the email account.

4